

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

Nos. 06-14-00088-CR, 06-14-00089-CR,
06-14-00090-CR, 06-14-00091-CR,
06-14-00092-CR & 06-14-0093-CR

SAMUEL DELEON GARZA, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 196th District Court
Hunt County, Texas
Trial Court Nos. 28,996, 28,977, 28,998, 28,999, 29,016 & 29,017

Before Morriss, C.J., Carter and Moseley, JJ.

O R D E R

Samuel Deleon Garza, appellant, was convicted of assault, three counts of assault/family violence, burglary of a habitation, and obstruction/stalking. Garza timely filed notices of appeal on May 8, 2014. The appellate record was completed in each matter with the filing of the reporter's record on September 10, making Garza's appellate brief(s) originally due October 10. This deadline was extended twice by this Court on Garza's motion, resulting in the current due date of December 1. Garza has now filed a third motion seeking an additional extension of the briefing deadline.

We have reviewed Garza's third motion to extend as well as the appellate record, and we find no compelling information to convince us that this brief requires more time to prepare. The motion to extend time to file Garza's appellate brief is overruled.

We order counsel to file Garza's appellate brief(s) with this Court on or before December 22, 2014.

IT IS SO ORDERED.

BY THE COURT

Date: December 9, 2014